IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-60150-SINGHAL

ALAN REDDISH,

    Plaintiff,

vs.

ROBERT S. BLAUER and
THE YEARLING RESTAURANT, INC.
d/b/a The Yearling a/k/a The Yearling
Restaurant & Cocktail Lounge,
    Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE
## JOINT SCHEDULING REPORT

    Plaintiff, ALAN REDDISH, by and through undersigned, respectfully moves the Court for an extension of time to file the Joint Scheduling Report.

    1)    Defendant, THE YEARLING RESTAURANT, INC. d/b/a The Yearling a/k/a The Yearling Restaurant & Cocktail Lounge was served on January 28, 2020 and has not yet entered an appearance in this action but has February 18, 2020 to do so.

    2)    Defendant, ROBERT S. BLAUER, was served on February 8, 2020 and has not yet entered an appearance in this action but has until February 29, 2020 to do so.

    3)    Plaintiff will need additional time once the Defendants answer the complaint or enter an appearance to confer with Defendants' counsel and prepare the joint scheduling report unless they fail to make an appearance and a default is entered.

    WHEREFORE, Plaintiff requests an extension through April 8, 2020 to file the Joint Scheduling Report pursuant to the Order Requiring Scheduling Report and Certificates of Interested Parties [DE#4].

Respectfully submitted,

By: s/ Lauren Wassenberg
Lauren N. Wassenberg (Fla. Bar No. 34083)
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431-8554
Phone: 561-571-0646
Email: WassenbergL@gmail.com
Secondary: ADALawStaff@gmail.com

Glenn R. Goldstein (Fla. Bar No. 55873)
Morales, Goldstein & Barducci, PLLC
150 SE 2nd Avenue, Ste. 805
Miami, FL 33131
Phone: 561-573-2106
Email: GGoldstein@G2Legal.net
Secondary: G2LegalStaff@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 13th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren N. Wassenberg (Fla. Bar No. 34083)